UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DUMAS,

       Plaintiff,

                                         Case No. 24-12999
                                         U.S. DISTRICT COURT JUDGE
                                         GERSHWIN A. DRAIN

v.

LAURA BROWN, *et al.*,

       Defendants.

_____/

**<u>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#34], GRANTING IN PART AND DENYING IN PART PLAINTIFF RODNEY DUMAS'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [#28], AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS [#30]</u>**

      This matter is before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation dated December 8, 2025. Magistrate Judge Stafford recommends that the Court grant in part and deny in part Plaintiff Rodney Dumas's motion for leave to file an amended complaint, and grant in part and deny in part Defendants' motion to dismiss.

      Neither party has filed objections to the Magistrate Judge's Report and

Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Report and Recommendation, the Court finds that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Stafford's December 8, 2025 Report and Recommendation [#34] as this Court's findings of fact and conclusions of law.

As such, Plaintiff's Motion for Leave to File an Amended 1983 Complaint [#28] is GRANTED IN PART and DENIED IN PART. Plaintiff's Amended Complaint [#29] is now the operative complaint in this matter, excluding the claims the Magistrate Judge determined to be futile in her Report and Recommendation. Furthermore, Defendants' Motion to Dismiss [#30] is GRANTED IN PART and DENIED IN PART. The sole remaining claim is the Eighth Amendment claim stemming from Defendant Laura Brown's failure to renew Plaintiff's finasteride prescription.

SO ORDERED.

Dated: January 28, 2026  /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 28, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager